**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 13, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00973-CV

---

## IN RE DARRELL J. HARPER, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**

---

## MEMORANDUM OPINION

On November 6, 2018, relator Darrell J. Harper filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Robert K. Schaffer, local administrative judge and presiding judge of the 165th District Court of Harris County, to vacate his order dated October 25, 2018,

denying relator's petition for leave to file a civil suit against the State of Texas and Governor Greg Abbott.

To obtain mandamus relief, a relator generally must show both that the trial court clearly abused its discretion and that relator has no adequate remedy at law, such an appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that the trial court clearly abused its discretion. We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell.